# EXHIBIT 1

Case 1:14-cv-01089-SS   Document 1-1   Filed 12/04/14   Page 2 of 34
US008477931B2

(12) **United States Patent**
Thompson et al.

(10) Patent No.: **US 8,477,931 B2**
(45) Date of Patent: **Jul. 2, 2013**

(54) **CASE FOR ELECTRONIC DEVICE WITH SURFACE FOR ATTACHING BUILDING ELEMENTS**

(76) Inventors: **Hunter S. Thompson**, Austin, TX (US);
**Jamie L. Thompson**, Austin, TX (US);
**James W. Thompson**, Austin, TX (US);
**Frazier Newlin**, Austin, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 44 days.

(21) Appl. No.: **13/098,106**

(22) Filed: **Apr. 29, 2011**

(65) **Prior Publication Data**

US 2012/0274195 A1   Nov. 1, 2012

(51) **Int. Cl.**
| *H04M 1/00* | (2006.01) |
| *H04M 7/00* | (2006.01) |
| *H04M 9/00* | (2006.01) |

(52) **U.S. Cl.**
USPC .......................................... **379/451**; 379/437

(58) **Field of Classification Search**
USPC .............. 379/440, 437, 441, 451; 455/575.1; 361/679.01, 679.02, 679.3; 446/120
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 3,005,282 | A | 10/1961 | Christiansen |
| D244,632 | S | 6/1977 | Christiansen |
| D260,568 | S | 9/1981 | Cherry |
| D525,986 | S | 8/2006 | Kim |
| D528,126 | S | 9/2006 | Kim |
| D539,539 | S | 4/2007 | Braden |
| D540,539 | S | 4/2007 | Gutierrez |
| D570,593 | S | 6/2008 | Justiss |
| 7,586,032 | B2 | 9/2009 | Louis |
| D603,838 | S | 11/2009 | Willis |
| D614,603 | S | 4/2010 | Skillings |
| 7,731,191 | B2 | 6/2010 | Sternberg |
| 7,938,260 | B2 | 5/2011 | Lin |
| D644,633 | S | 9/2011 | Chiu |
| D647,526 | S | 10/2011 | Vandiver et al. |
| 8,091,892 | B2 | 1/2012 | Sternberg |
| D654,900 | S | 2/2012 | Jung |
| D656,929 | S | 4/2012 | Hsiung |
| D658,373 | S | 5/2012 | Gros |
| D666,417 | S | 9/2012 | Phillips et al. |
| D668,246 | S | 10/2012 | Fathollahi |
| D669,458 | S | 10/2012 | Wilson et al. |
| D671,933 | S | 12/2012 | Rodgers |
| D673,159 | S | 12/2012 | McCarthy et al. |
| D674,798 | S | 1/2013 | Kim et al. |
| 2003/0082986 | A1* | 5/2003 | Wiens et al. .................. 446/120 |
| 2011/0049005 | A1* | 3/2011 | Wilson et al. ................ 206/701 |
| 2012/0261289 | A1 | 10/2012 | Wyner et al. |

OTHER PUBLICATIONS

Nathan Sawaya, BlackBerry Tour 9630 Artitic in Lego, http://www.phonesreview.co.uk/2010/03/14/blackberry-tour-9630-artistic-in-lego/, Mar. 14, 2010.*

(Continued)

*Primary Examiner* — Tuan D Nguyen
(74) *Attorney, Agent, or Firm* — Meyertons, Hood, Kivlin, Kowert & Goetzel, P.C.; Eric B. Meyertons

(57) **ABSTRACT**

A case for a portable electronic device includes a cavity and one or more studded surfaces. The cavity can receive at least a portion of the portable electronic device such that the portable electronic device is removable from the cavity through an opening in the cavity. The studded surfaces can be coupled with one or more building elements

**19 Claims, 5 Drawing Sheets**



**US 8,477,931 B2**

Page 2

OTHER PUBLICATIONS

Nathan Sawaya, lphone—The Art of Brick, http://brickartist.com/gallery/iphone/?tag=technology, Sep. 2007.*

Nathan Sawaya, PC MAG Computer—The Art of Brick, http://brickartist.com/gallery/pc-magazine-computer/?tag=technology, Feb. 2006.*

Jerry Hildenbrand "Android gives eyes, ears, and a sense of direction to a Lego NXT robot" published Jul. 9, 2010 downloaded from www.androidcentral.com/android-gives-eyes-ears-and-sense-direction-lego-nxt-robot, pp. 1-2.

Al Hilal "Digital Blue's LEGO MP3 Player" published Apr. 18, 2009, trendygadget.com, pp. 1-9.

"Lego iPad Stand" discussion posted Aug. 24, 2010 on www.ifans.com/forums/threads/lego-ipad-stand.307442/page-3, pp. 1-5.

"Amazon iPod Building Block Portable Speaker Dock" Amazon product page downloaded Mar. 28, 2011 from www.amazon.com/iPod-Building-Block-Portable-Speaker/dp/B001KYV75W/..., pp. 1-4.

"Amazon Lego 2GB MP3 Player" Amazon product page downloaded Mar. 28, 2011 from www.amazon.com/DigitalBlue-LG14000-LEGO-Player/dp/B002L6I9ZE/..., pp. 1-5.

Roland Hutchinson "Fun Gadgets—The Lego Phone", published Mar. 21, 2008, www.geeky-gadgets.com/fun-gadgets-the-lego-phone/, pp. 1-4.

"Lego Electronics" downloaded Mar. 28, 2011 from digiblue.com/products/lego/, pp. 1-2.

Jerry M. Hatfield, John T. Tester "Lego Plus", Proceedings of the 2005 American Society for Engineering Education Annual Conference & Exposition, pp. 1-5.

Todd Ripplinger "The Legobox" Published Jan. 8, 2002, mini-itx.com/projects/legobox/, pp. 1-5.

"Lego Xbox Case" discussion posted Feb. 21-Mar. 2, 2005, forums.xbox-scene.com/.../t360699, pp. 1-8.

David R. Van Wagner "On Screen Programming version 1.0 for Lego Mindstorms" Copyright 1999, downloaded Mar. 26, 2011 from alumni.cse.ucsc.eduk-davevw/onscreen/, pp. 1-4.

Timothy S. McNerney "From turtles to Tangible Programming Bricks: explorations in physical language design" Published Jul. 29, 2004 pp. 1-12.

"DIY Lego Case Mod PC" Published Aug. 9, 2008 downloaded from zedomax.com/blog/.../diy-lego-case-mod-pc pp. 1-3.

* cited by examiner



*FIG. 1*



*FIG. 2*



*FIG. 3*



FIG. 5



FIG. 4



*FIG. 6*

*FIG. 7*

*FIG. 8*



*FIG. 9*



*FIG. 10*



*FIG. 11*

US 8,477,931 B2

**1**

## CASE FOR ELECTRONIC DEVICE WITH SURFACE FOR ATTACHING BUILDING ELEMENTS

### BACKGROUND

1. Field

The present invention relates generally to cases for portable electronic devices. More particularly, the present disclosure relates to cases for portable electronic devices that allow for attachment of building elements.

2. Description of the Related Art

Portable electronic devices, such as smart phones, portable media players, and personal digital assistants, have been growing in popularity. Typically, a portable electronic device includes a housing to contain the electronics for the device, a front panel with a display screen, and one or more connector ports for cable connections with external computer systems and chargers.

Portable electronic devices may be used in variety of indoor and outdoor environments. In these environments, the devices may encounter external loads (such as a shock loads or vibration) and exposure to foreign materials (such as dust, debris, or liquids). In some circumstances, excessive loads or contamination cause a portable electronic device to malfunction.

Portable electronic devices usually operate on internal batteries. When the charge on the battery in a device runs low, the device must be connected to an external charging system. In some cases, a device may run low on charge in a location where the user does not have access to an external charging system (such as in a park or in the passenger section of an airplane). The user thus may be forced to suspend use of the device until the user reaches a location with a charging system.

### SUMMARY

Embodiments for a case for a portable electronic device are described herein. In an embodiment, a case for a portable electronic device includes a cavity and one or more studded surfaces. The cavity can receive at least a portion of the portable electronic device such that the portable electronic device is removable from the cavity through an opening in the cavity. The studded surfaces can be coupled with one or more building elements.

In an embodiment, a case for a portable electronic device includes a cavity and one or more studded surfaces. The cavity can receive at least a portion of the portable electronic device. The studded surfaces can be coupled with one or more building elements. The studded surfaces are on a side of the case opposite to a display screen of the portable electronic device when the portable electronic device is installed in the cavity.

In an embodiment, a portable electronic device holder includes a case and one or more building elements. The case includes a cavity and one or more studded surfaces. The cavity can receive at least a portion of the portable electronic device. The building elements are coupled to one or more of the studded surfaces on the case. The building elements and the case can hold the portable electronic device in a desired position.

In an embodiment, a method of making a system from building elements includes providing a case for portable electronic device. The case includes an opening for removing the

**2**

portable electronic device and one or more studded surfaces. Building elements are coupled to the case.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates one embodiment of a system including a portable electronic device and a case having studs to which building elements can be attached.

FIG. 2 illustrates an embodiment of a portable electronic device installed in a case having studded surfaces.

FIG. 3 illustrates the interior of one embodiment of a case for a portable electronic device.

FIG. 4 is a front perspective view illustrating one embodiment of a portable media player installed in a case having studded surfaces.

FIG. 5 is a rear perspective view illustrating one embodiment of a portable media player installed in a case having studded surfaces.

FIG. 6 illustrates one embodiment of an adjustable stand for a portable electronic device including a case with a studded surface and a linkage.

FIG. 7 illustrates one embodiment of an adjustable stand for a portable electronic device including a case with a studded surface and adjustable strut.

FIG. 8 illustrates one embodiment of vertically-mounted holder for a portable electronic device including a case with a studded surface.

FIG. 9 illustrates one embodiment of a wedge-shaped portable electronic device case having a studded rear surface.

FIG. 10 illustrates one embodiment of a sculpture created on a case for a portable electronic device.

FIG. 11 illustrates an embodiment of a case to which wheels have been attached.

While the invention is described herein by way of example for several embodiments and illustrative drawings, those skilled in the art will recognize that the invention is not limited to the embodiments or drawings described. It should be understood, that the drawings and detailed description thereto are not intended to limit the invention to the particular form disclosed, but on the contrary, the intention is to cover all modifications, equivalents and alternatives falling within the spirit and scope of the present invention as defined by the appended claims. The headings used herein are for organizational purposes only and are not meant to be used to limit the scope of the description or the claims. As used throughout this application, the word "may" is used in a permissive sense (i.e., meaning having the potential to), rather than the mandatory sense (i.e., meaning must). Similarly, the words "include", "including", and "includes" mean including, but not limited to.

### DETAILED DESCRIPTION OF EMBODIMENTS

As used herein, "building element" means an element that can be combined with one or more other elements to form a structure. Structures made from building elements may include play structures (for example, a house made of bricks), toys, sculptures, and functional structures (such as a stand, base, cover, or linkage). Examples of building elements include bricks, plates, wheels, figurines, rods, tubes, sleeves, connectors, or hinges.

As used herein, "portable electronic device" means any electronic device that is not attached to a structure at a fixed location and that can be operated, at least for some period of time, without a physical connection to a fixed power source. Examples of portable electronic devices include mobile

US 8,477,931 B2

3

phones, portable media players, notebook computers, computer tablets, wireless devices, and personal digital assistants (PDAs).

As used herein, "press fit" includes any coupling in which elements couple when one or more contacting portions of the elements are pushed together. In some embodiments, a press fit includes a friction fit, in which two parts are held together at least in part by friction between the mating surfaces. In some embodiments, a press fit includes an interference fit, in which the coupled elements interference with one another (for example, a shaft that is slightly larger than a hole into which it is inserted). In some embodiments, a press fit may include resilient engagement (for example, a pin inserted into a hole in an elastomeric sleeve whose inner diameter is less than the diameter of the pin.

As used herein, "sculpture" means a three-dimensional creation, work of art, or construction.

As used herein, "stud" includes any projection on a surface of an element. A stud may include a bump, a protuberance a boss, or a pin. A stud may have any suitable shape, including round, square, rectangular, trapezoidal, or oval. In some embodiments, a stud may be formed within physical tolerances that allow one or more studs on a surface to be coupled to another element.

As used herein, "studded surface" means a surface of an element that includes one or more studs.

In some embodiments, a case for a portable electronic device includes one or more surfaces for attaching building elements to the case. The portable electronic device may be removable from the case. FIG. 1 illustrates one embodiment of a system including a portable electronic device and a case having studs to which building elements can be attached. System 100 includes portable electronic device 102 and case 104. The electronic device may be, for example, a smart phone such as an iPhone® mobile digital device, produced by Apple Inc. Portable electronic device 102 is removable from case 104.

Case 104 includes cavity 106 and rear studded surface 108. Cavity 106 receives portable electronic device 102. In some embodiments, portable electronic device 102 snaps into cavity 106.

Rear studded surface 108 includes base plate 112 and studs 114. Studs 114 may be arranged in a pattern that includes a series of rows across the surface of base plate 112. Studs 114 may serve as attachment points for building elements.

FIG. 2 illustrates an embodiment of a portable electronic device installed in a case having studded surfaces. Portable electronic device 102 includes front display screen 124, housing 126, home button 128, side controls 129, and connector 130. Portable electronic device 102 is seated in cavity 106 of case 104. Studded rear surface 108 (shown in FIG. 1) is opposite front display screen 124. Studded rear surface 108 may be in plane that is parallel to front display screen 124.

FIG. 3 illustrates the interior of one embodiment of a case for a portable electronic device. Cavity 106 includes opening 132 and grooves 134. Opening 132 may allow portable electronic device 102 to be installed and removed from case 104. Grooves 134 may receive a portion of the edges of a portable electronic device to retain the device in case 104.

Case 104 includes cutouts 136. Cutouts 136 may be located to correspond to various elements of a particular type of a portable electronic device, such as connectors or control buttons. Opening 138 is provided for camera lens 139 of portable electronic device 102.

4

Top studded surface 140 is located on the upper rim of case 104. Top studded surface 140 includes base plate 144 and studs 146. Studs 146 may serve as attachment points for building elements.

Case 104 may be made from any suitable material. In some embodiments, case 104 is injected molded. In some embodiments, a case is made of an acrylonitrile butadiene styrene ("ABS") copolymer. In one embodiment, the case is made of high flow-grade ABS, such as PA-737 POLYLAC® high flow ABS or PA-758 ABS, both produced by Chi Mei Corporation.

In certain embodiments, one or more of the edges of a case may be flexible. In some embodiments, the edges of a case may resiliently engage with the sides of a portable electronic device.

In some embodiments, building elements can be coupled to studs on a studded surface of a case by way of a press fit. The connection between the studded surfaces and the building elements may be, for example, based on a clamping effect such as described in U.S. Pat. No. 3,005,282, "Toy Building Brick", to G. K. Christiansen, which hereby is incorporated by reference as if fully set forth herein.

In some embodiments, tolerances on the size, shape, and spacing of studs on a case are controlled within specified tolerances such that standard blocks available from one or more building block manufacturers can be attached to the studs. In one embodiment, the studded surfaces allow for the attachment of LEGO® building elements, produced by LEGO Group. In one embodiment, each of studs 114 and studs 146 on studded surfaces 110 are 4.856 millimeters in diameter and 1.869 millimeters in height. In one embodiment, the distance between centers of adjacent studs 114 and between centers of adjacent studs 146 is 7.992 millimeters. In some embodiments, size and position tolerances are within +0.015/−0.015 millimeters.

In some embodiments, a case for a portable media player allows attachment of building elements at one or more surfaces of the case. FIG. 4 is a front perspective view illustrating one embodiment of a portable media player installed in a case having studded surfaces for attaching building elements. FIG. 5 is a rear perspective view illustrating one embodiment of a portable media player installed in a case having studded surfaces. System 160 includes portable media player 162 and case 164. Portable media player 162 may be, for example, a media player such as an iPod touch® portable digital device, produced by Apple Inc. Case 164 includes cavity 166, rear studded surface 168, top studded surface 170, and cutouts 172.

In some embodiments, building elements are coupled to a case for a portable electronic device to create a holder for the portable electronic device. The holder may provide for placement or positioning of the device relative to a fixed external structure, such as a table, shelf, wall, or cabinet door. In some embodiments, a holder allows a user to adjust the position of the portable electronic device relative to a fixed external structure (for example, reorienting a display screen for the portable electronic device). In certain embodiments, the holder may accommodate, or provide routing for, cables connected to the portable electronic device.

In some embodiments, building elements attached to a case are arranged to provide a base for placement of a portable electronic device on a horizontal surface, such as a table top. FIG. 6 illustrates one embodiment of an adjustable stand for a portable electronic device including a case with a studded surface and a linkage. System 200 includes case 202, base 204, and linkage 206. In one embodiment, case 202 is similar to case 104 shown in FIG. 1. Linkage 206 includes rods 208, hinge coupler 210, hinge block 212, hinge block 214, and stop

US 8,477,931 B2

5

block **216**. Hinge block **212** is coupled to studs on studded surface **218** of case **202**. Hinge block **214** is coupled to studs on base **204**. Hinge block **212**, hinge block **214**, and hinge coupler **210** may allow linkage to be adjusted to change the angle of case **204** relative to a horizontal surface supporting base **204**.

FIG. **7** illustrates one embodiment of an adjustable stand for a portable electronic device including a case with a studded surface and adjustable strut. System **220** includes case **222**, base **224**, strut **226**, hinge block **228**, and stop block **230**. In one embodiment, case **222** is similar to case **104** shown in FIG. **1**. Strut **226** may be pivotally connected to base **224** by way of hinge block **228**. Strut **226** may engage under a row of studs on studded surface **232**. If the user desires to change the angle of a display screen in case **222** relative to base **204**, strut **226** may be rotated on hinge block **228** such that the distal end of strut **226** engages a higher or lower row of studs on studded surface **232**.

In some embodiments, building elements attached to a case are arranged to provide for holding a portable electronic device on a vertical surface, such as a wall. FIG. **8** illustrates one embodiment of vertically-mounted holder for a portable electronic device including a case having a studded surface. System **240** includes case **242** and wall mount **244**. In one embodiment, case **242** is similar to case **104** shown in FIG. **1**. Wall mount **244** may be attached to wall **246** with pad **248**. Pad **248** may be, for example, a double-sided self-adhesive pad. Case **242** may be coupled to wall mount **244** by way of a press fit between studs on studded surface **250** and corresponding elements on wall mount **244**. In the embodiment shown in FIG. **8**, wall mount **244** holds a portable electronic device at an upward tilt relative to wall **246**. In some embodiments, however, wall mount may hold a device such that the display screen is parallel to the wall, or tilted downward relative to the wall.

In some embodiments, a case for a portable electronic device includes a studded surface that is at an angle relative to the display screen of the portable electronic device. FIG. **9** illustrates one embodiment of a wedge-shaped portable electronic device case having a studded rear surface. Case **260** includes body **262**, cavity **266**, and studded surface **268**. Studded surface **268** may be opposite the display screen of a portable electronic device installed in cavity **266**. Body **262** may be in the form of a wedge such that the display screen is at an angle relative to the surface on which case **260** is resting. For example, in one embodiment, angle **270** shown in FIG. **9** is about 25 degrees.

In some embodiments, a case for a portable electronic device can be used as a base surface for creating sculptures from building elements. FIG. **10** illustrates one embodiment of a sculpture created on a case for a portable electronic device. Sculpture **280** is assembled on case **282**. In one embodiment, case **282** is similar to case **104** shown in FIG. **1**. Elements of sculpture **280** include figurine **284** and probe model **286**. Figurine **284** and probe model **286** are coupled to the top of case **282** by way of studs on studded surface **288**.

FIG. **11** illustrates an embodiment of a case to which wheels have been attached.

System **300** includes case **302** and wheels **304**. Wheels **304** roll on axles **304**. Axles **306** are attached to case **302** by way of axle mounting blocks **308**. System **300** may have any number of wheels.

In the embodiments shown above, surfaces of cases include studs that can serve as attachment points for building elements. A case for a portable electronic device may, however, include in various embodiments other elements or structures

6

for attaching building elements. Examples of such elements and structures include sockets, loops, tabs, hooks, and ridges.

In the embodiment shown in FIG. **1**, studs are evenly spaced in two dimensions (for example, along an "x-axis" and a "y-axis") across the surface of the case. Attachment elements may, however, be arranged in various embodiments with any spacing between elements. In some embodiments, for example, the spacing between rows of studs in one direction is different from the spacing of rows in another direction.

Although in various embodiments described above, a case included studs that can be received in corresponding receptacles on building elements, the elements may in various embodiments be reversed. Thus, for example in certain embodiments a case may have receptacles for receiving studs on building elements instead of, or in addition to, having studs on the case.

Further modifications and alternative embodiments of various aspects of the invention may be apparent to those skilled in the art in view of this description. Accordingly, this description is to be construed as illustrative only and is for the purpose of teaching those skilled in the art the general manner of carrying out the invention. It is to be understood that the forms of the invention shown and described herein are to be taken as embodiments. Elements and materials may be substituted for those illustrated and described herein, parts and processes may be reversed, and certain features of the invention may be utilized independently, all as would be apparent to one skilled in the art after having the benefit of this description of the invention. Methods may be implemented manually, in software, in hardware, or a combination thereof. The order of any method may be changed, and various elements may be added, reordered, combined, omitted, modified, etc. Changes may be made in the elements described herein without departing from the spirit and scope of the invention as described in the following claims.

What is claimed is:

**1**. A case for a working portable electronic device, comprising:

a cavity comprising one or more openings, wherein the cavity is configured to receive at least a portion of the working portable electronic device such that the working portable electronic device is removable from the cavity through at least one of the openings; and

one or more studded surfaces configured to couple with one or more building elements, wherein at least one of the studded surfaces of the case is on a side of the case that is opposite to a display screen of the working portable electronic device when the working portable electronic device is installed in the cavity.

**2**. The case of claim **1**, wherein the building elements are configured to couple to at least one of the studded surfaces by way of a press fit.

**3**. The case of claim **1**, wherein at least one of the studded surfaces is configured to couple with standard play bricks.

**4**. The case of claim **1**, wherein at least a portion of the case comprises a flexible material configured to resiliently couple with the working portable electronic device.

**5**. The case of claim **1**, wherein the working portable electronic device is a working mobile telephone.

**6**. The case of claim **1**, wherein the working portable electronic device is a working media player.

**7**. The case of claim **1**, further comprising at least one opening for a camera lens in the working portable electronic device.

**8**. The case of claim **1**, further comprising at least one opening for a connector in the working portable electronic device.

US 8,477,931 B2

7

8

**9**. A case for a working portable electronic device, comprising:

a cavity comprising one or more openings, wherein the cavity is configured to receive at least a portion of the working portable electronic device; and

one or more studded surfaces configured to couple with one or more building elements, wherein at least one of the studded surfaces of the case is on a side of the case opposite to a display screen of the working portable electronic device when the portable electronic device is installed in the cavity.

**10**. The case of claim **9**, wherein at least one of the studded surfaces opposite to the display screen is substantially parallel to the display screen when the working portable electronic device is installed in the case.

**11**. The case of claim **9**, wherein at least one of the studded surfaces opposite to the display screen is at an angle relative to the display screen when the working portable electronic device is installed in the cavity.

**12**. A -portable electronic device holder, comprising:

a case comprising:

a cavity comprising one or more openings, wherein the cavity is configured to receive at least a portion of a working portable electronic device; and

one or more studded surfaces, wherein at least one of the studded surfaces of the case is on a side of the case that is opposite to a display screen of the working portable electronic device when the working portable electronic device is installed in the cavity; and

one or more building elements coupled to at least one of the studded surfaces, wherein the one or more building elements and the case are configured to hold the working portable electronic device at a desired position or orientation relative to at least one object.

**13**. The portable electronic device holder of claim **12**, wherein the holder comprises a stand for holding the working portable electronic device on a horizontal surface.

**14**. The portable electronic device holder of claim **12**, wherein the holder is configurable to couple the working portable electronic device to a non-horizontal surface.

**15**. The portable electronic device holder of claim **12**, wherein the holder is adjustable to change the tilt of the display screen relative to the user.

**16**. A method of making a system from building elements, comprising:

providing a case for a working portable electronic device, wherein the case comprises:

an opening for removing the working portable electronic device;

one or more studded surfaces, wherein at least one of the studded surfaces of the case is on a side of the case that is opposite to a display screen of the working portable electronic device when the working portable electronic device is installed in the cavity; and

coupling one or more building elements to the case.

**17**. The method of claim **16**, wherein the coupling one or more building elements to the case comprises making a holder for the working portable electronic device.

**18**. The method of claim **16**, wherein the coupling one or more building elements to the case comprises making a stand for the working portable electronic device, wherein the stand is configured to support the display case on a horizontal surface.

**19**. The method of claim **18**, further comprising adjusting the stand to change the angle of the display screen of the working portable electronic device relative to the horizontal surface.

\*   \*   \*   \*   \*

# EXHIBIT 2



# United States Patent and Trademark Office



Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

## Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title

**NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments: 2**

**Patent #:** 8477931    **Issue Dt:** 07/02/2013    **Application #:** 13098106    **Filing Dt:** 04/29/2011
**Publication #:** 20120274195    **Pub Dt:** 11/01/2012
**Inventors:** Hunter S. Thompson, Jamie L. Thompson, James W. Thompson, Frazier Newlin
**Title:** CASE FOR ELECTRONIC DEVICE WITH SURFACE FOR ATTACHING BUILDING ELEMENTS

## Assignment: 1

**Reel/Frame:** 032685/0339    **Recorded:** 04/16/2014    **Pages:** 4
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignors:** THOMPSON, HUNTER S.    **Exec Dt:** 04/14/2014
THOMPSON, JAMIE L.    **Exec Dt:** 04/14/2014
THOMPSON, JAMES W.    **Exec Dt:** 04/15/2014
NEWLIN, FRAZIER    **Exec Dt:** 04/09/2014
**Assignee:** RUBICON COMMUNICATIONS, LP
700 LAVACA STREET, SUITE 607
AUSTIN, TEXAS 78701
**Correspondent:** JACKIE PITRE
1120 SOUTH CAPITAL OF TEXAS HWY
BLDG. 2, SUITE 300
AUSTIN, TX 78746

## Assignment: 2

**Reel/Frame:** 033128/0106    **Recorded:** 06/18/2014    **Pages:** 6
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** RUBICON COMMUNICATIONS, LP    **Exec Dt:** 04/25/2014
**Assignee:** PONO PAANI, LLC
700 LAVACA STREET, SUITE 607
AUSTIN, TEXAS 78701
**Correspondent:** JACKIE PITRE
1120 SOUTH CAPITAL OF TEXAS HWY
BLDG. 2, SUITE 300
AUSTIN, TX 78746

Search Results as of: 07/29/2014 07:27 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.4
Web interface last modified: Mar 15, 2014 v.2.4

# EXHIBIT 3

Sign In | Cart 🛒 0 items

**Free Ground Shipping** on Orders of $50 or More — **Details** ›

# belkin

PRODUCTS    MY DEVICE    FOR BUSINESS    SUPPORT    🔍

home > products ⌄ > collections ⌄ > lego®



**EXPAND YOUR CREATIVITY**
LEGO® Builder Case Family

## LEGO®

### COLLECTIONS

MIXIT↑ (12)
Dana Tanamachi (10)
Orla Kiely (10)
Vans (7)
Tracy Reese (5)
**LEGO®** (3)
Pro Cycling Team (1)

### MY DEVICE

iPad (1)
iPhone (1)
iPod (1)

### PRICE

From: **$29.99** - **$59.99**



LEGO® Builder Case
for iPhone 5 and
iPhone 5s

$39.99





LEGO Builder Case for
iPad mini 3, iPad mini
2, and iPad mini

$59.99



LEGO Builder Case for
iPod

$29.99



Also follow us on    

## CHECK OUT THE ENDLESS CREATIONS:
### #LEGOXBELKIN



**WHICH ROUTER IS RIGHT FOR YOU?**
Find Out ›



**SALE**
Save Big
Bucks With
Belkin

New LEGO iPhone Cases



Streaming social content



POSTANO

**Region**

 **United States**
Change Region

**Products**
My Device
For Business
My Account

**Support**
Online Order Help
Register Your Product
Returns & Claims
Counterfeit Products
Patents

About Belkin
Contact Us
Press Room
Affilate Program
Careers
Where To Buy
Belkin Good

**Connect with Belkin**

  

17  Pin it

Email Sign Up

Site Map | Privacy Policy | Terms & Conditions    © 2014 Belkin International,Inc

Exhibit 4A



Builder Case
For iPhone 5/5S



US Patent 8,477,931
FIG. 1



Builder Case
For iPhone 5/5S



US Patent 8,477,931
FIG. 3

Exhibit 4B



Builder Case
For iPhone 5/5S

Exhibit 5A



Builder Case
For iPod touch



US Patent 8,477,931
FIG. 5



Builder Case
For iPod touch



US Patent 8,477,931
FIG. 4

Exhibit 5B



Builder Case
For iPod touch



Builder Case
For iPad mini



US Patent 8,477,931
FIG. 5



Builder Case
For iPad mini



US Patent 8,477,931
FIG. 4

Exhibit 6B



Builder Case
For iPad mini

Exhibit 7A



Builder Case
For iPad mini/
iPad mini with Retina Display



US Patent 8,477,931
FIG. 5



Builder Case
For iPad mini/
iPad mini with Retina Display



US Patent 8,477,931
FIG. 4

Exhibit 7B



Builder Case
For iPad mini/
iPad mini with Retina Display

# EXHIBIT 8



**MEYERTONS**
**HOOD**
**KIVLIN**
**KOWERT**
**& GOETZEL**
A PROFESSIONAL CORPORATION

1120 S. CAPITAL OF TEXAS
BUILDING 2, SUITE 300
AUSTIN, TEXAS 78746
TELEPHONE (512) 853-8800
FACSIMILE (512) 853-8801
www.intprop.com

PATENTS, TRADEMARKS, COPYRIGHTS & UNFAIR COMPETITION
ERIC B. MEYERTONS
(512) 853-8800
emeyertons@intprop.com

FILE NO. 5805-04200

June 2, 2014

***Via Federal Express Delivery***

Mr. Chester J. Pipkin
Chief Executive Officer
Belkin International, Inc.
12045 E. Waterfront Drive
Playa Vista, California 90094

Re:   Electronic Device Case Patents

Dear Mr. Pipkin:

We represent Pono Paani, LLC ("Pono Paani") with respect to certain intellectual property matters. Please direct all communications concerning this letter to me.

Pono Paani and/or its affiliated companies make and sell cases for electronic devices, such as mobile phones. The cases include studded surfaces to which play bricks can be attached. Additional information with respect to these products can be found at www.smallworks.com.

Pono Paani is assignee of U.S. Patent No. 8,477,931 to Thompson et al. relating to a Case for Electronic Device with Surface for Attaching Building Elements (the "'931 Patent"). I attach of copy of this patent for your convenience. Figures 1 and 2 of this patent are reproduced as follows:

 

Mr. Chester J. Pipkin
Chief Executive Officer
Belkin International, Inc.
Page 2

Figs. 4 and 5 of the '931 Patent are reproduced as follows:



Pono Paani is also assignee of U.S. Patent No. D694,226 to Thompson et al., relating to a Case for a Portable Electronic Device. I attach a copy of this patent for your convenience. Figures 1 and 2 of the D694,226 patent are reproduced as follows:



Pono Paani is also assignee of U.S. Patent No. D694,222 to Thompson et al., relating to a Case for a Portable Media Player.  I attach a copy of this patent for your convenience.  Figures 1 and 2 of the D694,222 patent are reproduced as follows:



Mr. Chester J. Pipkin
Chief Executive Officer
Belkin International, Inc.
Page 3

Pono Paani is also assignee of Office for Harmonization in the Internal Market Registered Community Designs Nos. 001939851-0001 and 001939851-0002.   Copies of certificates for these designs are enclosed for your convenience.

Pono Paani is also assignee of patent application U.S. Patent Appl. No. 13/927,911, which has published as US Patent Publication No. 20130344769.  A copy of this publication is enclosed for your convenience.

We note that your company has apparently been offering for sale and/or selling electronic device cases that include studded surfaces.  See, for example, the attached screen shots from your web site at www.belkin.com.

As you know, the assignee of a patent has the right to exclude others from infringing the patent – for example, others who are making, using, selling, offering for sale, and importing inventions covered by the patent.  The assignee of a patent can also exclude others from contributorily infringing the patent and/or from inducing infringement of the patent.

Pono Paani and/or its affiliated companies have expended a large amount of time and effort developing the markets for products that are covered by its intellectual property rights.  We ask Belkin International and any affiliated companies to respect Pono Paani's intellectual property rights with respect to cases and accessories for electronic devices.

Please let us know if you have any questions or comments.

Sincerely,

Eric B. Meyertons

EBM:jlp
Enclosures

# EXHIBIT 9



**MEYERTONS
HOOD
KIVLIN
KOWERT
& GOETZEL**
A PROFESSIONAL CORPORATION

1120 S. CAPITAL OF TEXAS
BUILDING 2, SUITE 300
AUSTIN, TEXAS 78746
TELEPHONE (512) 853-8800
FACSIMILE (512) 853-8801
www.intprop.com

PATENTS, TRADEMARKS, COPYRIGHTS & UNFAIR COMPETITION

ERIC B. MEYERTONS
(512) 853-8800
emeyertons@intprop.com

FILE NO. 5805-04200

August 8, 2014

***Via Federal Express Delivery***

Mr. Chester J. Pipkin
Chief Executive Officer
Belkin International, Inc.
12045 E. Waterfront Drive
Playa Vista, California 90094

      Re:    <u>Electronic Device Case Patents</u>

Dear Mr. Pipkin:

      We previously sent a letter dated June 2, 2014 regarding Pono Paani, LLC's patent rights relating to electronic device cases. A copy of the letter is enclosed for your convenience. Would you please let us know if you are going to respond to this letter?

                             Sincerely,

                             Eric B. Meyertons

EBM:jlp
Enclosure

# EXHIBIT 10

**Chris Thompson**

| | |
|---|---|
| **From:** | Tom Triggs <Tom.Triggs@belkin.com> |
| **Sent:** | Monday, August 18, 2014 12:42 PM |
| **To:** | Eric Meyertons |
| **Subject:** | August 8 Letter - patent |

Dear Mr. Meyertons,

I am writing to acknowledge receipt of your communication, dated August 8, 2014, with its attachment.  We are passing your communication along to our license partner, The LEGO Group, for their review and evaluation as well.  We will review the allegations set forth in your letter, and one of us will get back to you once we have had ample time to review and consider your letter.

Regards,
Tom

D. Thomas Triggs
Chief Legal Officer and General Counsel
Belkin International, Inc.
12045 East Waterfront Drive
Playa Vista, California 90094
P 310 751 2922

_____ Confidential This e-mail and any files transmitted with it are the property of Belkin International, Inc. and/or its affiliates, are confidential, and are intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this e-mail in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. Pour la version française: http://www.belkin.com/email-notice/French.html Für die deutsche Übersetzung: http://www.belkin.com/email-notice/German.html _____